<u>NOT FOR PUBLICATION</u>                                                    (Docket No. 4)

## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW JERSEY
## CAMDEN VICINAGE

_____   :
DANA M. RUFFO,                        :
                                      :
                    Plaintiff,        :          Civil No. 09-5264 (RBK / JS)
                                      :
          v.                          :          **ORDER**
                                      :
WAWA, INC., et al.,                   :
                                      :
                    Defendants.       :
_____   :

       **THIS MATTER** having come before the Court upon a motion by Defendant Wawa, Inc.

("Defendant") to dismiss Count Three of the Complaint of Plaintiff Dana M. Ruffo for failure to

state a claim upon which relief can be granted pursuant to Federal Rule of Civil Procedure

12(b)(6); and the Court having considered the submissions of the parties; and for the reasons

expressed in an Opinion issued today;

       **IT IS HEREBY ORDERED** that Defendant's motion to dismiss Count Three of the

Complaint is **GRANTED**.


Dated:  4-13-2010                                        /s/ Robert B. Kugler
                                                        ROBERT B. KUGLER
                                                        United States District Judge